## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.  11-004 (RHK/FLN) |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| v. | |
| KERBY ROSAS-CAMACHO, | |
| Defendant. | |

David Steinkamp, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter comes before the Court on Defendant's Motion to Seal Document (Doc. No. 20) to seal "Defendant's Sentencing Position."  Based upon all the records and proceedings herein, **IT IS ORDERED** that Defendant's Motion to Seal Document is **GRANTED**.

Dated: June 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
